```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
LIBERTY MUTUAL INSURANCE CO.,          :
                                        :
        Plaintiff,                      :     NOT FOR PUBLICATION
                                        :     ORDER
        -against-                       :
                                        :
BELLA TRANSPORTATION, et al.,           :     07-CV-716 (CBA) (JO)
                                        :
        Defendants.                     :
                                        :
----------------------------------------------------------X
```

AMON, United States District Judge:

This Court has received the well-reasoned Report and Recommendation of the Honorable James Orenstein, United States Magistrate Judge, dated May 11, 2009, recommending that this Court dismiss plaintiff's Amended Complaint with prejudice for failure to prosecute its case. As no party has objected, the Court hereby adopts the Report and Recommendation of May 11, 2009 as the opinion of the Court. The Clerk of the Court is directed to enter judgment in accordance with this order and to close the case.

SO ORDERED.

Dated:   Brooklyn, New York
         June 8, 2009

                                              Carol Bagley Amon
                                              United States District Judge